FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2009 AUG 26  AM 10: 12

DISTRICT OF UTAH

David L. Miller, Bar No. 3736
Chapter 7 Trustee
849 W. Hill Field Road, #202
Layton, Utah 84041
Telephone: (801) 447-8777
Facsimile: (801) 447-8456
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

---

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| | |
|---|---|
| **In re:** | |
| | |
| **GARRY L. WATMAN,** | **Bankruptcy No. 08-21457** |
| | **(Chapter 7)** |
| **Debtor(s)** | Judge R. Kimball Mosier |

---

## DEPOSIT OF UNCLAIMED FUNDS

---

    David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor

represents to the Court that:

      \_\_\_ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed.  The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

      ✔ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Merrick Bank c/o Weinstein & Riley, PS 2001 Western Avenue, Ste 400 Seattle, WA 98121 | $4.61 |



| | |
|---|---|
| Bonded Adjustment Bureau<br>11620 S. State St. Ste 1404<br>Draper, UT 84020 | $2.65 |
| PRA Receivables Management, LLC<br>as agent of Portfolio Recovery Assocs<br>POB 41067<br>Norfolk, VA 23541 | $2.87 |

A check in the amount of $10.13 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: August 10, 2009

DAVID L. MILLER
Chapter 7 Trustee